**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

EUGENE DUNCAN, *and on behalf of all other persons similarly situated*,

                                   Plaintiff,

          -against-

DUTY FREE AMERICAS, INC.,

                                 Defendant.

------------------------------------------------------------ x

<u>ORDER</u>

19 Civ. 7927 (GBD)

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       October 24, 2019

                                                            SO ORDERED.

                                                           *[signature]*
                                                         GEORGE B. DANIELS
                                                         United States District Judge

[Filing stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: OCT 25 2019]